**Jason K. Singleton**, State Bar #166170
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
lawgroup@sbcglobal.net

(707) 441-1177
FAX  441-1533

Attorney for Plaintiff, **JOHN HOPKINS**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOPKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CHARANJEET KAUR, individually, and dba CINDERELLA MOTEL, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:06-cv-1765 MCE PAN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff, JOHN HOPKINS, by and through his attorney of record and Defendant CHARANJEET KAUR, dba CINDERELLA MOTEL (collectively "the Parties"), hereby stipulate as follows:

1.   The Parties have agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2.   Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

| | |
|---|---|
| Dated:   January 18, 2007 | Dated:   January 12, 2007 |
| **SINGLETON LAW GROUP** | **CINDERELLA MOTEL** |
| /s/ Jason K. Singleton<br>Jason K. Singleton, Attorney for Plaintiff, **JOHN HOPKINS** | Charanjeet Kaur<br>**CHARANJEET KAUR,** In Pro Per |

# ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Hopkins vs. Kaur dba Cinderella Motel, et al.</u>, Case Number 2:06-cv-1765-MCE-PAN, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

January 22, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE